IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Nancy L. Davis, | ) | C/A No.: 1:16-102-RMG-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Plaintiff brought this pro se appeal from a denial of Social Security benefits on January 12, 2016. [ECF No. 1]. Defendant filed an answer with the court on June 29, 2016, and served copies of the answer and the administrative transcript by mail addressed to Plaintiff. [ECF No. 16]. Pursuant to Local Civ. Rule 83.VII.04 (D.S.C.), Plaintiff's brief was due on August 1, 2016. Plaintiff has neglected to file a brief and has not moved for an extension of the filing deadline. Therefore, Plaintiff is advised that she must file a brief detailing the legal merits of her claim by August 22, 2016, and that a failure to respond may result in the action being recommended for dismissal with prejudice for failure to prosecute.

     IT IS SO ORDERED.

*Shiva V. Hodges*

August 8, 2016  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge